IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT MAGEE, on behalf of himself and other persons similarly situated, | ) ) CIVIL ACTION NO. 16-14860 ) |
| *Plaintiffs*, | ) ) |
| v. | ) JUDGE MARTIN FELDMAN ) |
| ACCESS MEDICAL HEALTH GROUP INC., HEALTHCAREFORYOUNOW.COM, LLC, | ) ) MAG. JUDGE JANIS VAN MEERVELD ) |
| *Defendants*. | ) |

## ORDER

Considering the foregoing *Motion to Dismiss with Prejudice*,

**IT IS ORDERED** that the Motion is granted and that above captioned matter be, and the same is, hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this  16th  day of November, 2016.

_____
HONORABLE MARTIN FELDMAN
UNITED STATES DISTRICT JUDGE